```
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
            CHARLOTTE DIVISION
            3:08-CV-150-02-MU
```

|                              |   |           |
|------------------------------|---|-----------|
| **ANTHONY HEMPHILL,**        | ) |           |
|                              | ) |           |
|    Petitioner,| ) |           |
|                              | ) |           |
|    v.         | ) | **O R D E R** |
|                              | ) |           |
| **RICK JACKSON, Admin.,**    | ) |           |
| **Lanesboro Correctional Inst.,** | ) |      |
|                              | ) |           |
|    Respondent.| ) |           |

**THIS MATTER** comes before the Court on Petitioner's "Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus . . .," filed with this Court on April 1, 2008 (Doc. No. 4, Attachment 1); and on Respondent's "Motion for Summary Judgment . . . ," filed June 6, 2008 (Doc. No. 8).

After having carefully reviewed those pleadings, it appears that Respondent may be entitled to a summary judgment as a matter of law.

**PETITIONER HEMPHILL, PLEASE READ THIS:**

Petitioner is advised that under the provisions of Rule 56(e) of the Federal Rules of Civil Procedure, he is required to submit documents, affidavits, or unsworn declarations made under penalty of perjury, in opposition to the Motion for Summary Judgment and supporting documents filed by Respondent. Rule 56(e)(2) reads in pertinent part as follows:

> When a motion for summary judgment is properly made and supported [by affidavits], an opposing party may not rely merely on allegations or denials in its own pleading; rather, its response must – by affidavits or as otherwise provided in this rule – set out specific facts showing a genuine issue for trial. If the opposing party does not so respond, summary judgment should, if appropriate, be entered against that party.

This rule requires that if Petitioner has any evidence to offer to counter the evidence contained in the Motion for Summary Judgment and supporting documents filed by Respondent, he must present it to the Court in the form of documents, affidavits, or unsworn declarations under penalty of perjury. An affidavit is a written statement made under oath; that is, a statement prepared in writing by the declarant and sworn before a Notary Public. If Petitioner chooses, he may instead submit an unsworn declaration and state the following with the date and his signature:

> "I declare under penalty of perjury that the foregoing is true and correct."

Petitioner is further hereby advised that he has twenty (20) days from the filing of this Order in which to file such documents, affidavits, or unsworn declaration in opposition to Respondent's Motion for Summary Judgment. **FAILURE TO RESPOND WITHIN THIS TIME PERIOD MAY SUBJECT THIS ACTION TO SUMMARY JUDGMENT.**

**NOW, THEREFORE, IT IS HEREBY ORDERED** that Petitioner has twenty (20) days from the filing of this Order in which to

provide his own documents, affidavits, or declarations countering the evidence offered by Respondent's Motion for Summary Judgment.

**SO ORDERED.**

Signed: June 19, 2008

Graham C. Mullen
United States District Judge