# United States District Court
## For The Western District of North Carolina
### Charlotte Division

Anthony Hemphill,

       Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                                3:08cv150-2

Rick Jackson,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/11/08 Order.

Signed: July 15, 2008

*Frank G. John*

Frank G. Johns, Clerk
United States District Court